MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Ramberto Perez-Perez

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-00119-LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER |
| v. | |
| RAMBERTO PEREZ-PEREZ, | DATE: November 26, 2018<br>TIME: 9:00 a.m.<br>JUDGE: Hon. LAWRENCE J. O'NEILL |
| Defendants. | |

**STIPULATION**

COMES NOW, Defendant, Ramberto Perez-Perez, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 13, 2018.

2. Defense counsel and the Assistant United States Attorney have been in discussion to withdraw Mr. Perez's plea agreement based on the recent decision in the Ninth Circuit Court of Appeals of *Lorenzo v. Sessions*.

3. Mr. Perez is in agreement to withdraw his plea and plea to an Information alleging a

1

violation of Title 8, United States Code Section 1326(a) and (b)(1).  He has signed all necessary paperwork.

  4. Defense counsel will not be prepared to proceed to sentencing on November 13, 2018.

  5. The parties therefore respectfully request that the sentencing/withdraw of plea hearing for Mr. Perez continued from Monday, November 13, 2018 to Monday, November 26, 2018.

IT IS SO STIPULATED.

DATED: November 7, 2018

      /s/ Monica L. Bermudez
      MONICA L. BERMUDEZ
      Counsel for Defendant
      RAMBERTO PEREZ-PEREZ


DATED: November 7, 2018

      /s/Laura Withers
      LAURA WITHERS
      Assistant United States Attorney

## O R D E R

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that defendant RAMBERTO PEREZ-PEREZ sentencing hearing, currently set for November 13, 2018, is hereby vacated and continued to November 26, 2018, at 9:00 a.m.

IT IS SO ORDERED.

 Dated: **November 8, 2018**     **/s/ Lawrence J. O'Neill**
               UNITED STATES CHIEF DISTRICT JUDGE