AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
NOV 26 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>RAMBERTO PEREZ-PEREZ<br><br>*Defendant* | )<br>)  Case No. 1:18-CR-00119-LJO-SKO<br>)<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/7/18

_Ramberto Perez P_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

Monica Bermudez
*Printed name of defendant's attorney*

_[signature]_
*Judge's signature*

Lawrence J. O'Neill   United States District Judge
*Judge's printed name and title*